IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACUITY | : | CIVIL ACTION |
| *A MUTUAL INSURANCE COMPANY* | : | |
| | : | No. 25-1976 |
| v. | : | |
| | : | |
| PELEUS INSURANCE COMPANY, et al. | : | |
| | : | |

## ORDER

AND NOW, this 31st day of March, 2026, upon consideration of Defendant Peleus Insurance Company's Motion to Dismiss the Complaint (ECF No. 19), in which Defendant Nautilus Insurance Company has joined, Plaintiff Acuity, A Mutal Insurance Company's opposition brief (ECF No. 21), and Peleus's reply (ECF No. 22), and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. The Motion to Dismiss (ECF No. 19) is GRANTED.

2. Acuity's Amended Complaint is DISMISSED with prejudice.

3. The Clerk of Court is directed to TERMINATE ECF Nos. 20 and 23, Nautilus's joinders in Peleus's Motion to Dismiss and reply brief, which were erroneously docketed as motions.

4. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.